431 A.2d 280

**Randy S. KINKEAD, Appellant,**

v.

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Submitted Jan. 22, 1981.

Decided July 10, 1981.

Alan Ellis, Philadelphia, for appellant.

David E. Grine, Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM.

The Order of the Superior Court is affirmed.